IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMIE HUMPHREY, on behalf
of herself and all others similarly situated             PLAINTIFF

v.                    No. 4:12-cv-157-DPM

ELECTROLUX HOME PRODUCTS, INC.                           DEFENDANT

ORDER

Motion to strike, *Document No. 30*, denied without prejudice on the merits of the amendment issue. Motion to amend, *Document No. 28*, held in abeyance. The clarifying amendments about existing claims are unopposed, uncontroversial, and will be approved. Though the Court remains undecided, for the reasons stated on the record at the end of the 1 March 2013 hearing, the Court is inclined to deny Humphrey's request to abandon her national-class allegations in this case now. Any supplemental authority is due by email to chambers as soon as possible. Joint report due by 22 March 2013 on an agreed proposal for dealing with the overlapping issues in this case, *Roberts*, and *McGowan*, in a more efficient, more manageable, and more prudent way. The sooner the parties report, the better. The joint motion for protective order,

*Document No. 39,* is granted. The Court appreciates the parties' work getting the proposed order in much better shape.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 4 March 2013