IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMIE HUMPHREY, on behalf
of herself and all others similarly situated                    PLAINTIFF

v.                              No. 4:12-cv-157-DPM

ELECTROLUX HOME PRODUCTS, INC.                 DEFENDANT

JUDGMENT

The Court notes the parties' stipulation, № 69. Humphrey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2014